ACCEPTED
12-14-00360-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 10:48:43 AM
CATHY LUSK
CLERK

## NO. 12-14-00360-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0659

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/18/2015 10:48:43 AM

| | | |
|---|---|---|
| **TANIHSA RUTH** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | Clerk |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

### MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, Tanisha Ruth, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

_____
Tanisha Ruth

_____
Albert J. Charanza, Jr.
Charanza Law Office, P.C.
Post Office Box 1825
412 South First Street
Lufkin, Texas 75902
Tel: (936) 634-8568
Fax: (936) 634-0306
State Bar No. 00783820

### CERTIFICATE OF SERVICE

This is to certify that on February 18, 2015 a true and correct copy of the foregoing document was served on the District Attorney's Office, Angelina County, 215 East Lufkin Avenue, Lufkin, TX 75901, by hand delivery.

_____
Albert J. Charanza, Jr.

STATE OF TEXAS                 §
                                      §

COUNTY OF ANGELINA         §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Albert J. Charanza, Jr., who after being duly sworn stated:

> "I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct and consented by Tanisha Ruth."

Albert J. Charanza, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME on February 18, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

LUCIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
May 01, 2018

STATE OF TEXAS                          §
                                        §
COUNTY OF ANGELINA                      §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Tanisha Ruth, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Tanisha Ruth

SUBSCRIBED AND SWORN TO BEFORE ME on February 18, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LUCIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
May 01, 2018